

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER GALLARDO,<br><br>Defendant. | Case No. 2:19-CR-00348-SVW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On September 17, 2025, Defendant made his initial on the petition for revocation of supervised release and warrant for arrest issued on August 8, 2025. Michael Evans, a member of the indigent defense panel, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Joshua Lee. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒ the petition alleges that Defendant absconded, failed to follow the instructions of the probation officer, and tested positive for alcohol.

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

   ☒ allegations in the petition (see above);

## III

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 17, 2025

/s/
_____
MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE